**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELIO ALEXANDER ROJAS LAMEDA,<br>　　　　　Petitioner, | :<br>:<br>: |
| 　　　v. | :　　　No. 2:26-cv-3613<br>: |
| Warden of Federal Detention Center of<br>Philadelphia, *et al.*,<br>　　　　　Respondents. | :<br>:<br>: |

# O R D E R

**AND NOW,** this 23rd day of July, 2026, upon consideration of the Order dated June 3, 2026, granting the petition for writ of habeas corpus, directing the Government to provide Petitioner with a bond hearing, and closing the case, *see* ECF No. 6; and of the Request to Defer Removal and for Immediate Release, *see* ECF No. 7; **IT IS ORDERED THAT**:

　　1.　　The Request to Defer Removal and for Immediate Release, ECF No. 7, is **DISMISSED without prejudice**.[1]

　　2.　　The above-captioned action remains **CLOSED**.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　United States District Judge

---

[1]　　The Request fails to establish this Court's jurisdiction. Although Petitioner seeks "immediate release from custody in accordance with the Court's June 3, 2026 order," he does not allege that he did not receive a timely bond hearing, which was a prerequisite to his release under the Order. Instead, it appears that he regrets his decision to sign a voluntary departure agreement, which is insufficient to confer jurisdiction on this Court. His Request is dismissed without prejudice to be refiled if he can properly invoke this Court's jurisdiction.